Commonwealth v. Hillman, Appellant.

Argued June 12, 1973. Kenneth Mirsky, Assistant Defender, with him Jonathan Miller, Assistant Defender, and Vincent J. Ziccardi, Defender, for appellant; Louis A. Perez, Jr., Assistant District Attorney, with him Milton M. Stein, Assistant District Attorney, Richard A. Sprague, First Assistant District Attorney, and Arlen Specter, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth v. Jones, Appellant.

Argued April 9, 1973. A. Dudash, with him Anthony J. Lalama and John Hudascek, for appellant; W. Lipecky, with him Joseph M. Stanichak, Assistant District Attorney, and Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.